UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

BEDES NDENGE,

       Petitioner,

v.                         **ORDER**
                         Civil File No. 07-1726 (MJD/JJG)

ALBERTO R. GONZALES, Attorney
General of the United States; et al.,

       Respondents.
_____

Bedes Ndenge, pro se.

Mary J. Madigan and Erika R. Mozangue, Assistant United States Attorneys, Counsel for Respondents.
_____

     The above-entitled matter comes before the Court upon the Report and Recommendation of Magistrate Judge Jeanne J. Graham filed January 31, 2008. [Docket No. 11]  Petitioner Bedes Ndenge filed objections to the Report and Recommendation.

     Pursuant to statute, the Court has conducted a <u>de</u> <u>novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review the Court

adopts the Report and Recommendation filed January 31, 2008, with the exception that, on page 2 of the Report and Recommendation, the date "April 24, 2007" is replaced with the date "March 30, 2007."

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Magistrate Judge's Report and Recommendation filed January 31, 2008 [Docket No. 11] is hereby **ADOPTED**.

2. Bedes Ndenge's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Docket No. 1] is **DENIED**.

3. Ndenge's Motion for Appointment of Counsel [Docket No. 2] is **DENIED**.

3. Ndenge's Motion to Add a Respondent [Docket No. 6] is **DENIED**.

4. This matter is dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 5, 2008              s/Michael J. Davis
                                   Judge Michael J. Davis
                                   United States District Court

2